UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

CHANEL SHERMAN,

    Plaintiff,

v.

MERRILLVILLE THE TOWN OF, et al.,

    Defendants.

Case No. 2:23-CV-00429-GSL-APR

## ORDER

This matter is before the Court on Magistrate Judge Andrew Rodovich's report and recommendation entered on April 7, 2025. [DE 28]. For the reasons fully explained in the report, Judge Rodovich recommends that the Court dismiss the case with prejudice.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Rodovich's report and recommendation in full and orders that the case is **DISMISSED** with prejudice.

SO ORDERED.

ENTERED: April 23, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court