# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHANEL SHERMAN

    Plaintiff

  v.

                     Civil Action No. 2:23-cv-429

MERRILLVILLE THE TOWN OF

JESUS SOLIS, *Officer, in his individual Capacity*

RAYMOND SMITH, *Officer, in his individual capacity*

ANDREW GERMONPREZ, *Officer, in his individual capacity*

JACOB OLSON, *Officer, in his individual capacity*

GEORGE FIELDS, JR., *Officer, in his individual capacity*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Gretchen S Lund.

DATE: 4/24/2025  CHANDA J. BERTA, CLERK OF COURT

by  s/A. Highlen
*Signature of Clerk or Deputy Clerk*